# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ZAVALA,<br><br>　　　　　Petitioner,<br>　　vs.<br>AMY MILLER, Warden,<br>　　　　　Respondent. | Case No. CV 13-2341 PA (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　　IT IS ORDERED that Judgment be entered granting the Attorney General's motion to dismiss and dismissing this action with prejudice.

DATE: September 17, 2014　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. PERCY ANDERSON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE