# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ZAVALA,　　　　　　　) | Case No. CV 13-2341 PA (MRW) |
| 　　　　Petitioner,　　) | |
| 　　vs.　　　　　　　) | JUDGMENT |
| AMY MILLER, Warden,　　　　) | |
| 　　　　Respondent.　) | |
| _____ ) | |

　　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　　IT IS ADJUDGED that the Attorney General's motion to dismiss is granted and this action is dismissed with prejudice.

DATE: September 17, 2014　　　　_____
　　　　　　　　　　　　　　　　　HON. PERCY ANDERSON
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE